UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EDDIE SOWELL SMITH,<br><br>Petitioner,<br>v.<br><br>CHILDERS, *et al.*,<br><br>Respondents. | Case No. 3:23-cv-00394-MMD-CSD<br><br>ORDER |

*Pro se* Petitioner Eddie Sowell Smith filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 on August 11, 2023. (ECF No. 1-1 ("Petition").) Smith had not paid the standard $5.00 filing fee or filed an application for leave to proceed *in forma pauperis* ("IFP"). On August 14, 2023, this Court gave Smith until September 29, 2023, to either pay the $5 filing fee or submit a complete IFP application with all required documentation. (ECF No. 3.) In response, Smith filed two motions for information regarding his filing fee. (ECF Nos. 4, 5 ("Motions").) In his Motions, Smith explained that he submitted a $5.00 filing fee in a different habeas case—Case No. 2:23-cv-00527-GMN-VCF—but that case was dismissed without prejudice for failure to pay the filing fee. (*Id.*) There is no receipt of payment in the docket for Case No. 2:23-cv-00527-GMN-VCF. However, after discussion with the Court's finance department, it appears that Smith paid his filing fee in Case No. 2:23-cv-00527-GMN-VCF, but the receipt failed to be docketed. The receipt has now been docketed in Case No. 2:23-cv-00527-GMN-VCF. Further, the dismissal order in Case No. 2:23-cv-00527-GMN-VCF has been vacated, and that case has been reopened. Due to the reopening of Case No. 2:23-cv-00527-GMN-VCF, which

concerns the same judgment of conviction as this case, this case is dismissed without prejudice.

It is therefore ordered that the Petition (ECF No. 1-1) is dismissed without prejudice. A certificate of appealability is denied, as jurists of reason would not find dismissal of the Petition to be debatable or wrong.

It is further ordered that the Motions (ECF Nos. 4, 5) are denied as moot.

It is further ordered that the Clerk of Court: (1) file the Petition (ECF No. 1-1); (2) add Nevada Attorney General Aaron D. Ford as counsel for Respondents; (3) informally serve Respondents by sending a notice of electronic filing to the Nevada Attorney General's Office of the Petition (ECF No. 1-1) and this order[1]; (4) enter final judgment dismissing this action without prejudice; and (5) close this case.

DATED THIS 12th Day of September 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] No response is required from Respondents other than to respond to any orders of a reviewing court.